# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION



**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 3:03-CR-120-HTW-JCS

**PAUL S. MINOR, ET AL.**

## ORDER TO RELEASE CONFIDENTIAL TREATMENT INFORMATION
## (TO BE FILED UNDER SEAL)