UNITED STATES DISTRICT COURT

SOUTHERN DISTIRCE OF MISSISSIPPI

JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAR - 1 2007

J. T. NOBLIN, CLERK
BY_____DEPUTY

USA

VERSUS                                    CIVIL ACTION NUMBER 03:03cr120WS

JOHN WHITFIELD

THIS CAUSE came upon motion of the Defendant, JOHN WHITFIELD, to have the Clerk of

this Court, deliver the exhibits used in the prior trial of this matter, which was concluded on August 12,

2005, to the Court Room on the fourth floor, as soon as practical

So Ordered this the 1st day of March, 2007.

_____
U.S. DISTRICT COURT JUDGE

PRESENTED BY:

_____