AO 245B   (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:   WHITFIELD, John H.
CASE NUMBER:   3:03cr120HTW-JCS-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Sixty (60) months as to Counts 1, and 4-7; One hundred ten (110) months as to Count 11, to run concurrently, for a total sentence of 110 months**

■ The court makes the following recommendations to the Bureau of Prisons:
The Court recognizes that the defendant, a former Mississippi Circuit Court judge, may have security concerns with inmates he previously sentenced to prison, and recommends the Bureau not designate the defendant to the facilities in Yazoo City, MS, and Beaumont, TX.
The Court requests the BOP to recognize the defendant's medical needs in making its designation.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

☐ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

■ before 9 a.m. on ___December 27, 2007___ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   VS   12-27-07   to   FMC Lexington

at   Lexington, KY.   , with a certified copy of this judgment.

STEPHEN M. DEWALT, WARDEN
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 14 2008

J. T. NOBLIN, CLERK
BY _____ DEPUTY