UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                                                           NO. 3:03cr120-HTW-JCS

JOHN H. WHITFIELD

AGREED ORDER DISTRIBUTING FUNDS

This cause is before the Court upon Motion of John H. Whitfield, who is seeking a refund and disbursement from the Court of $125,100.00 which he previously paid in fines and assessments, prior to a successful appeal.  The Prosecution does not oppose the motion.

The Court finds that the motion is well taken and should be granted.  The Court hereby Orders as follows:

1. $1,206.22 shall be withheld by the clerk of court in order to repay the government for payments made to counsel for Mr. Whitfield who was appointed pursuant to the CJA;

2. A check in the amount of $123,893.78 shall be issued to Martin Law Firm, to be deposited in the firm's trust account

3. Any and all payment applications previously submitted by appointed counsel shall be withdrawn;

4. If any additional payments are made to appointed counsel, such payments shall be returned;

5. Appointed counsel is ordered to submit no further payment applications for CJA

payments in this representation.

    SO ORDERED, this the 22nd day of December, 2011.

/s/ F. Keith Ball<br>United States Magistrate Judge

Prepared by

_____
Drew M. Martin (MSB 101045)
Attorney for John H. Whitfield